UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TROUT UNLIMITED, PACIFIC RIVERS COUNCIL, PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS, INSTITUTE FOR FISHERIES RESOURCES, NATIVE FISH SOCIETY, OREGON NATURAL RESOURCES COUNCIL, UMPQUA WATERSHEDS, and COAST RANGE ASSOCIATION,<br><br>Plaintiffs,<br><br>vs.<br><br>D. ROBERT LOHN, Northwest Regional Administrator of National Marine Fisheries Service, and CARLOS M. GUTIERREZ, Secretary of Commerce, U.S. Department of Commerce,<br><br>Defendants. | Civ. No. 06-904RSL<br><br>ORDER DENYING PLAINTIFFS' MOTION TO COMPEL AND DEFENDANTS' CROSS-MOTION FOR AN EXTENSION OF TIME. |

This matter comes before the Court on "Plaintiffs' Motion to Compel Production of the Administrative Record" (Dkt. #10) and "Defendants' Opposition to Motion To Compel and Cross-Motion for Extension of Time to File the Administrative Record." (Dkt. #13). Plaintiffs move, pursuant to Local Rule 79(h), to compel defendants to turn over the administrative record for this case within 20 days. Defendants oppose plaintiffs' motion and cross-move to obtain an

ORDER DENYING PLAINTIFFS'MOTION
TO COMPEL AND DEFENDANTS' CROSS-MOTION
FOR AN EXTENSION OF TIME.-1

1  additional 60 days to file the administrative record in the event that the Court denied its Motion
2  to Transfer (Dkt. #8).

3  Because the Court has ordered the case to be transferred to the District of Oregon (Dkt.
4  #24), the Court no longer has jurisdiction over this matter.  See <u>State of Utah v. Am. Pipe and
5  Constr. Co.</u>, 316 F. Supp. 837 (C.D. Cal. 1970) ("It is manifest that after an order changing
6  venue, the jurisdiction of the transferor court...ceases over the transferred action.").  As such,
7  both plaintiffs' motion and defendants' cross-motion are denied due to the Court's lack of
8  jurisdiction.

9  IT IS HEREBY ORDERED that plaintiffs' motion to compel is DENIED, and
10 defendants' motion for an extension of time to file the administrative record is DENIED.

12 DATED this 10th day of October, 2006

_____
Robert S. Lasnik
United States District Judge

27 ORDER DENYING PLAINTIFFS' MOTION
   TO COMPEL AND DEFENDANTS' CROSS-MOTION
28 FOR AN EXTENSION OF TIME.-2